# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/8/2005  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CIVIL NO. 04-00152HG-LEK

CASE NAME:       Trade West, Inc. Vs. Ningbo Jason Christmas Decoration Co., Ltd., et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:     Leslie E. Kobayashi          REPORTER:

DATE:      12/8/2005                     TIME:

---

COURT ACTION: EO: On August 11, 2005, Plaintiff Trade West, Inc. ("Plaintiff") filed its Motion for Contempt Order and for Default Judgment ("Motion"). In the Motion, Plaintiff asked the district court to order Defendants Ningbo Jason Christmas Decoration Co., Ltd., and Jason Gan (collectively "Defendants") to pay Plaintiff $53,795.08 in attorneys' fees and $3,711.27 in costs incurred in this matter. [Motion at 5.] On November 23, 2005, the district court issued its Order Granting Plaintiff's Motion for Contempt Order and for Default Judgment, Entering Permanent Injunction Against Defendants, and Awarding Statutory Damages, Costs, and Attorneys' Fees ("Order"). The district court found that Plaintiff was entitled to attorneys' fees and costs and designated this Court to determine the exact amount of the award. [Order at 21.] On December 2, 2005, Plaintiff's counsel sent a letter to the district court, with a copy to this Court, stating that Plaintiff waived its rights to any attorneys' fees and costs it was entitled to in this case. The Court construes Plaintiff's waiver as a withdrawal of the request for attorneys' fees and costs. The district court's designation is therefore moot.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager

G:\docs\warren\CIVIL NO 04-00152HG-LEK-(12-8-05).wpd